**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11
STARTEK INVEST LIMITED,                    No. C 11-05665 CRB

12
        Plaintiff,                         **ORDER TO SHOW CAUSE**

13
   v.

14
TELESOFTSERVICE PE,

15
        Defendant.
                                      /

16

17
      Defendant TelesoftService PE filed a motion to dismiss this case on January 12, 2012.

18
See dkt. 4.  Civil Local Rule 7-3(a) provides that Plaintiff's opposition to that motion was

19
due "no more than 14 days after the motion is served and filed."  Plaintiff has failed to file an

20
opposition within the allotted time.  Accordingly, Plaintiff is ORDERED to show cause by

21
12:00 pm on Wednesday, February 8, 2011 why its case should not be dismissed for failure

22
to prosecute under Federal Rule of Civil Procedure 41(b).

23
     **IT IS SO ORDERED.**

24

25
Dated: February 1, 2012                 CHARLES  R. BREYER
                                      UNITED STATES DISTRICT JUDGE

26

27

28

G:\CRBALL\2011\5665\osc.wpd