Shannon Gallagher, Esq. (214446)
2443 Fillmore Street #131
San Francisco, CA 94115
(415) 225-7571

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| STARTEK INVEST LIMITED and SOUTH PORT STUDIOS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TELESOFTSERVICE PE d/b/a BUBBLER MEDIA a/k/a TECTUS MEDIA, SYNESIS, LLC and AMBAR SERVICES LIMITED, and Does 1-20 <br><br> Defendants. | Case No.:3:11-cv-05665-CRB |

## UNOPPOSED MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Startek Invest Limited and South Port Studios file this Unopposed Motion to Dismiss their Complaint with prejudice to reinstate and with no award of fees or costs, based on the following: The Parties in the above-entitled action, by and through their respective counsel, have reached a settlement agreement which encompasses all claims by Plaintiffs against all Defendants. Plaintiffs ask the Court to Dismiss with prejudice all claims against all named Defendants.

**Case No**.: 3:11-cv-05665-CRB    Page 1

Dated: 12/06/2012

Respectfully submitted:

_____

Counsel for Plaintiffs
Shannon Gallagher
The Law Offices of Shannon Gallagher
2443 Fillmore Street #131
San Francisco, CA 94115

**Case No.**: 3:11-cv-05665-CRB    Page 2

## **ORDER**

The above Unopposed Motion to Dismiss the Complaint with prejudice to reinstate and with no award of fees or costs, is approved for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: _____

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**Case No**.: 3:11-cv-05665-CRB    Page 3